No. 24-15-17 Antrobus v. City of New York Lorna O'Brien